IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTOINE SMITH,                          )
                        Plaintiff,      )
                                        )
        vs.                             )  Civil Action No. 13-44
                                        )  Judge Terrence F. McVerry/
                                        )  Magistrate Judge Maureen P. Kelly
                                        )
OFFICER REDDINGER, IN HIS               )
OFFICIAL CAPACITY,                      )
                        Defendant.      )

## O R D E R

AND NOW, this 18th day of October, 2013, after the Plaintiff, Antoine Smith, filed an

action in the above-captioned case, and after a Report and Recommendation was filed by the

United States Magistrate Judge giving the parties until October 7, 2013, to file written objections

thereto, and no objections having been filed, and upon independent review of the record, and

upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as

the opinion of this Court,

IT IS HEREBY ORDERED that the Amended Complaint, ECF No. 35, is dismissed for

failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of

Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as

provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court,

at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.


                                    s/ Terrence F. McVerry
                                    TERRENCE F. McVERRY
                                    United States District Judge

1

cc:     Honorable Maureen P. Kelly
       United States Magistrate Judge

       Antoine Smith
       GL-2292
       SCI Chester
       500 E 4th Street
       Chester, PA 19013

       All Counsel of Record Via CM-ECF